UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Shanience Ford et la**

                **Plaintiff**

        **V.**

**Vizio, Inc.**

                **Defendant**

**CIVIL ACTION**

**NO. 11cv12187-WGY**

## JUDGMENT

**YOUNG D. J.**

In accordance with the Court's Order dated December 6, 2012 in the above-entitled action, it is hereby ORDERED:

Judgment for the **DEFENDANT VIZIO, INC.**

By the Court,

12/6/2012          /s/Matthew A. Paine

Date          Deputy Clerk

(Judgment for SJ.wpd - 12/98)